UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NAVEED HAQ,

                Petitioner,

v.

STEVEN SINCLAIR,

                Respondent.

Case No. C13-902-RAJ

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

      The Court, having reviewed petitioner's amended petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's amended petition for writ of habeas corpus (Dkt. No. 7) is DENIED.

    (3)    Petitioner's amended petition and this action are DISMISSED with prejudice.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(4)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all grounds for relief asserted in this federal habeas action.

(5)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 8th day of May, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2